THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Willie Lyles, Appellant.
 
 
 

Appeal From Kershaw County
 James R. Barber, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-474
 Submitted October 1, 2009  Filed October
13, 2009   

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 John Benjamin Aplin, of Columbia, for Respondent.
 
 

PER CURIAM:  Willie Lyles appeals his probation revocation, arguing the trial court erred in revoking his probation without holding a full evidentiary
 hearing.  After a thorough review of the record and counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
 appeal and grant counsel's motion to be relieved.[1]  
APPEAL
 DISMISSED.
HUFF,
 THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.